IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RAY ANTWANE HIGGINS                                        PLAINTIFF

v.                         4:11-cv-315-DPM

DOES, Unknown Little Rock Police
Department Detectives, Sergeant, and Patrolman;
Unknown Pulaski County Prosecutor; and
Unknown Pulaski County Public Defender        DEFENDANTS

## JUDGMENT

Ray Higgins's complaint is dismissed without prejudice. This dismissal constitutes a "strike," as defined by 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 April 2011